UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD W. BIRCH [DX-4671] | : | CIVIL ACTION |
| v. | : | |
| JOHN KERESTES, et al. | : | NO. 08-4778 |

## ORDER

AND NOW, this 16's day of July, 2010, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Respondent's Motion to Dismiss (Docket Entry No. 18) is **GRANTED**.

3. The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE for failure to exhaust available remedies**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

LAWRENCE F. STENGEL, J.